JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY FARELL, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TRANSDEV SERVICES, INC., a Maryland Corporation; and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-02864-AB (PVCx)<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING COMPLETE DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br>Dist. Judge:　Andre Birotte, Jr. |

　　The Court, having been advised by counsel for the Parties on January 12, 2024, that the above-entitled action has been settled and that settlement has been finalized, IT IS HERE ORDERED:

　　The above-entitled action is hereby dismissed without costs and with prejudice.

Date: January 23, 2024

_____
Hon. Andre Birotte, Jr.
United States District Court Judge

1